KAREN L. LOEFFLER
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 Twelfth Avenue, Room 310
Fairbanks, Alaska   99701
(907) 456-0245
(907) 456-0577 (fax)
Email: stephen.cooper@usdoj.gov
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE YOICHI SEAMAN and ELISE DELAINE SEAMAN, a.k.a., ELISE DICKSON,<br><br>Defendants. | Case No.<br><br>COUNT 1:<br>CONSPIRACY TO LAUNDER PROCEEDS OF UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES<br>    Vio. of 18 U.S.C. § 1956(h)<br><br>COUNT 2:<br>MONEY LAUNDERING<br>    Vio. of 18 U.S.C. § 1956(a)(1)(A)(i) & § 1956(a)(1)(B)(i)<br><br>COUNT 3:<br>DRUG CONSPIRACY<br>    Vio. 21 U.S.C. § 846 & § 841(a)(1) & § 841(b)(1)(A)<br><br>COUNT 4:<br>POSSESSING CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE<br>    Vio. 21 U.S.C. § 841(a)(1) & § 841(b)(1)(B) |

# I N D I C T M E N T

The United States Attorney charges that:

## **COUNT 1**

CONSPIRACY TO LAUNDER PROCEEDS OF
UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES

Beginning at some exact time unknown, but at least in or about

January, 2012, and continuing through the time of the finding of this

Indictment, both dates being approximate and inclusive, within the District of

Alaska, and elsewhere, LAWRENCE YOICHI SEAMAN and ELISE

DELAINE SEAMAN, a.k.a. ELISE DICKSON, did knowingly and

intentionally combine, conspire, confederate and agree together and with

others known and unknown, to commit an offense against the United States in

violation of Title 18, United States Code, Section 1956, to wit: to knowingly

conduct financial transactions affecting interstate and foreign commerce,

which transactions involved the proceeds of a specified unlawful activity, that

is, the unlawful distribution of a Schedule I controlled substance, heroin, in

violation of 21 U.S.C. § 841(a)(1),

1)      with the intent to promote the carrying on of the unlawful

distribution of controlled substances, and to conduct such financial

transactions knowing that the property involved in the financial transactions

Page 2 of 5

represented the proceeds of some form of unlawful activity, in violation of Title 18 U.S.C. § 1956(a)(1)(A)(i), and

2)      knowing the transaction was designed in whole or in part to conceal and disguise the nature, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18 U.S.C. § 1956(a)(1)(B)(i).

All of which is in violation of Title 18, United States Code, § 1956(h).

## COUNT 2

MONEY LAUNDERING

On or about July 12, 2013, in the District of Alaska, and elsewhere, LAWRENCE YOICHI SEAMAN and ELISE DELAINE SEAMAN, a.k.a. ELISE DICKSON, did knowingly conduct a financial transaction affecting interstate commerce, to wit, a transfer of funds by means of a deposit in Alaska of United States currency in the amount of $1,370.00 for subsequent availability in the State of Washington, which transaction involved the proceeds of a specified unlawful activity (namely, the unlawful distribution of a Schedule I controlled substance, heroin, in violation of 21 U.S.C. § 841(a)(1)), with the intent to promote the carrying on of the unlawful distribution of controlled substances, and did conduct such financial transaction while knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing the transaction

Case 4:14-cr-00011-RRB-SAO   Document 2   Filed 06/17/14   Page 3 of 5

was designed in whole or in part to conceal and disguise the nature, source, ownership, and control of the proceeds of specified unlawful activity.

All of which is in violation of Title 18 U.S.C. § 1956(a)(1)(A)(i) and § 1956(a)(1)(B)(i).

## **COUNT 3**

DRUG CONSPIRACY

Beginning at some exact time unknown, but at least in or about January, 2012, and continuing through the time of the finding of this Indictment, both dates being approximate and inclusive, within the District of Alaska and elsewhere, LAWRENCE YOICHI SEAMAN and ELISE DELAINE SEAMAN, a.k.a. ELISE DICKSON, did knowingly and intentionally combine, conspire, confederate and agree together and with others known and unknown, to distribute and to possess with intent to distribute a controlled substance, to wit, one kilogram or more of a substance containing heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All of which is in violation of Title 21, United States Code, Sections 846, and 841(a)(1) and (b)(1)(A).

//

//

# COUNT 4

DRUG POSSESSION FOR DISTRIBUTION

On or about March 11, 2014, in the District of Alaska and elsewhere,

LAWRENCE YOICHI SEAMAN & ELISE DELAINE SEAMAN, a.k.a. ELISE

DICKSON, did knowingly and intentionally possess with intent to distribute a

controlled substance, to wit, one hundred grams or more of a substance

containing heroin.

All of which is in violation of Title 21, United States Code, § 841(a)(1)

and § 841(b)(1)(B).

A TRUE BILL.


s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney


s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney
United States of America


DATE: ___6/17/14___

Case 4:14-cr-00011-RRB-SAO   Document 2   Filed 06/17/14   Page 5 of 5